Chief Judge Coughenour

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 13 2003

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 12 2003  MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MALIK ALMALIKI,

    Defendant.

NO.  CR02-421C

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Indictment against MALIK ALMALIKI, defendant.

DATED this 12th day of June, 2003

Respectfully submitted,

JOHN McKAY
United States Attorney

FRANCIS J. DISKIN
Assistant United States Attorney

TESSA M. GORMAN
Assistant United States Attorney

CR 02-00421 #00000117

ORDER FOR DISMISSAL - 1
UNITED STATES v MALIK ALMALIKI, CR02-421C

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  Leave of court is GRANTED for the filing of the foregoing dismissal.

2  DATED this 13 day of June, 2003

[signature]
UNITED STATES DISTRICT JUDGE

ORDER FOR DISMISSAL - 2
UNITED STATES v MALIK ALMALIKI, CR02-421C